*Francis A. McGrath* and *William C. Mattison* for appellant.

*Charles F. Preusse, Acting Corporation Counsel (Joseph J. Lucchi* and *Seymour B. Quel* of counsel), for Board of Standards and Appeals of the City of New York, respondent.

*Reginald S. Hardy* for John J. Dwyer and others, interveners, respondents.

Order affirmed, with one bill of costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

MIRIAM B. ROSENFIELD, Appellant and Respondent, *v.* EDWARD M. ROSENFIELD, Respondent and Appellant.

Argued May 27, 1949; decided July 19, 1949.

*Samuel Gottlieb* and *Walter P. Arenwald* for plaintiff, appellant and respondent.

*Mitchell Salem Fisher, Mendel Zucker* and *Sol Deutsch* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

SCHENECTADY MASON SUPPLY CORPORATION, Respondent, *v.* JOE SALMON, Appellant.

Argued May 31, 1949; decided July 19, 1949.